# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-21-00109-CV
_____

### JENNIFER MCGOWEN, Appellant

### V.

### ARTURO RIOS, Appellee

_____

### On Appeal from the County Court at Law No. 2
### Montgomery County, Texas
### Trial Cause No. 20-31862

_____

### ORDER

On May 4, 2021, Jennifer McGowen filed a notice of appeal from the judgment in Trial Cause Number 20-31862. We have received a suggestion of bankruptcy providing notice that Jennifer McGowen and David John McGowen filed a bankruptcy petition in the United States Bankruptcy Court for the Southern District of Texas as case number 21-31527. Accordingly, for administrative purposes this appeal is abated and will be treated as a closed case unless reinstated on proper motion. All appellate deadlines are suspended until further order of this

1

court. *See* Tex. R. App. P. 8.2. The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3. The parties shall promptly inform this court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

ORDER ENTERED May 14, 2021.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.